COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                           NO. 2-08-430-CV

 

 

IN RE GERALD ANTHONY
WRIGHT                                           RELATOR

                                                                                                           

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

                                                  ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Relator was unable to furnish us
with a file-marked copy of his motion for DNA testing, and the trial court has
confirmed by telephone that it has not received Relator=s motion
for DNA testing.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL:  WALKER,
LIVINGSTON, and DAUPHINOT, JJ.

 

DELIVERED: 
December 16, 2008











    [1]See
Tex. R. App. P. 47.4.